

/s

F. #2018R01833

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 18, 2020

By ECF

The Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Salvador Cienfuegos Zepeda
       Criminal Docket No. 19-366 (CBA)

Dear Judge Amon:

   The government writes pursuant to the Court's Order of earlier today to confirm, that the United States Marshals Service has successfully transported the defendant to Mexico.

             Respectfully submitted,

             SETH D. DuCHARME
             Acting United States Attorney

            By: /s Allen L. Bode
             Chief – International Narcotics and Money
             Laundering Section
             (718)254-7996

cc: Counsel for the defendant (by ECF)
   Clerk of the Court (CBA) (by ECF)